IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 22-CV-00115 |
| ) | |
| vs. ) | |
| ) | |
| TWENTY-EIGHT THOUSAND TWO ) | |
| HUNDRED AND SEVENTY DOLLARS ) | |
| ($28, 270) IN UNITED STATES ) | |
| CURRENCY, AND ONE HUNDRED ) | |
| THIRTY THOUSAND DOLLARS ) | |
| ($130,000) IN UNITED STATES ) | |
| CURRENCY, ) | |
| ) | |
| Defendants. ) | |

## WARRANT OF ARREST IN REM

To:    Federal Bureau of Investigation (FBI):

WHEREAS, a verified complaint has been filed in this Court praying that process issue for the arrest of defendant property that is the subject of this action:

NOW, THEREFORE, we do hereby command that you seize the property, which is described as:

> **Twenty-Eight Thousand Two Hundred Seventy Dollars ($28,270.00) in United States currency seized from Kain Allen Cortez on or about January 18, 2022, in North Liberty, Iowa,**
>
> **And**
>
> **One Hundred Thirty Thousand Dollars ($130,000.00) in United States currency seized from Nichole Marie Messerschmitt on or about January 18, 2022, in Shellsburg, Iowa,**

seized on or about January 18, 2022, from Kain Allen Cortez, in North Liberty, Johnson County, Iowa, and Nichole Marie Messerschmitt, in Shellsburg, Benton County, Iowa, and detain the same in your custody until further order of this Court respecting the same.

All persons claiming an interest in said property must file a Claim stating their interest to the defendant property, pursuant to Title 18, United States Code, Section 983(a)(4)(A), and Rule (G) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims within thirty (30) days after notice is sent or within sixty (60) days after the first date of internet publication on www.forfeiture.gov., and must serve and file an Answer within twenty-one (21) days, after the filing of their Claim, with the Office of the Clerk of Court, United States District Court, 111 – 7th Avenue SE, Cedar Rapids, IA 52401, with a copy thereof sent to Assistant United States Attorney Martin J. McLaughlin, at 111 – 7th Avenue SE, Cedar Rapids, IA 52401.

Additional procedures and regulations regarding this forfeiture action are found at 19 U.S.C. §§ 1602-1619, and Title 21, Code of Federal Regulations (C.F.R.), Sections 1316.71-1316-81. All persons and entities who have an interest in the defendant property may, in addition to filing a Claim or in lieu of the filing of a Claim, submit a Petition for Remission or Mitigation of the forfeiture for a non-judicial determination of this action pursuant to 28 C.F.R. Part 9.

Dated this 28th day of September, 2022.

>Paul De Young, Clerk of Court
>United States District Court
>Northern District of Iowa
>
>
>By: s/ JJH
>        Deputy Clerk

3