

Government Exhibit
1
Case 22-CV-00115

# USPS Tracking®

FAQs >

**Tracking Number:**

# 70172400000109879544

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

Remove ✕

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:24 am on October 11, 2022 in MARSHALLTOWN, IA 50158.

## Delivered
**Delivered, Front Desk/Reception/Mail Room**

MARSHALLTOWN, IA 50158
October 11, 2022, 11:24 am

See All Tracking History

Text & Email Updates    ˅

USPS Tracking Plus®    ˅

Product Information    ˅

See Less ˄

Track Another Package

Enter tracking or barcode numbers

Case 1:22-cv-00115-CJW-MAR   Document 4-1   Filed 11/02/22   Page 2 of 2